# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GARRY MARK ADAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 5:23-CV-04023 |
| v. ) | |
| ) | |
| ANDMARK WHITE LAKES ) | |
| APARTMENTS, LLC, and AFI PROPERTY ) | |
| MANAGEMENT, LLC, and ORION ) | |
| PROPERTY GROUP, LLC, and 37NORTH ) | |
| WHITE LAKES, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT AFI PROPERTY MANAGEMENT, LLC'S CORPORATE DISCLOSURE STATEMENT

Incorrectly named Defendant AFI Property Management, LLC, discloses the following on behalf of the correctly named Defendant Alexander Forrest Investments, LLC:

1. Parent Companies of Alexander Forrest Investments, LLC: None.

2. Subsidiaries not wholly owned by Alexander Forrest Investments, LLC: None.

3. Any publicly held corporation that owns ten percent (10%) or more of Alexander Forrest Investments, LLC: None.

Respectfully submitted:

/s/ *Kathryn A. Wright*
Kathryn A. Wright    (KS #27478)
Monica J. Smith    (KS #24396)
HALBROOK WOOD, PC
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
TEL: (913) 529-1188
FAX: (913) 529-1199
E-MAIL: kwright@halbrookwoodlaw.com
E-MAIL: msmith@halbrookwoodlaw.com
ATTORNEYS FOR DEFENDANT ALEXANDER FORREST INVESTMENTS, LLC

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 17th day of May 2023, the foregoing was electronically filed with the Clerk of the Court via the Court's CM/ECF system which sends notification to:

Chloe Elizabeth Davis
Bruce Alan Brumley
BRUMLEY LAW OFFICE
2348 SW Topeka Blvd., Suite #201
Topeka, KS 66611
TEL: (785) 267-3367
FAX: (785) 233-3161
E-MAIL: chloe@brucebrumleylaw.com
E-MAIL: bruce@brucebrumleylaw.com
ATTORNEYS FOR PLAINTIFF

/s/ *Kathryn A. Wright*
ATTORNEY FOR DEFENDANT ALEXANDER FORREST INVESTMENTS, LLC