IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **GARRY MARK ADAM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No.: 5:23-CV-04023 |
| v. ) | |
| ) | |
| **ANDMARK WHITE LAKES** ) | |
| **APARTMENTS, LLC, and AFI PROPERTY** ) | |
| **MANAGEMENT, LLC, and ORION** ) | |
| **PROPERTY GROUP, LLC, and 37NORTH** ) | |
| **WHITE LAKES, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

**UNOPPOSED MOTION TO SUBSTITUTE DEFENDANT AFI PROPERTY MANAGEMENT, LLC FOR ALEXANDER FORREST INVESTMENTS, LLC**

COMES NOW, Plaintiff, Garry Mark Adam, by and through counsel, Chloe Elizabeth Davis and Bruce Alan Brumley, to submit Plaintiff's Unopposed Motion to Substitute Defendant AFI Property Management, LLC for Alexander Forrest Investments, LLC. In support, the following is stated:

1. Plaintiff incorrectly named AFI Property Management, LLC as a party defendant to the action herein.

2. Defendant AFI Property Management, LLC entered their appearance on May 17, 2023, with the correction that the wrong Defendant had been named. Instead, Counsel for Defendant stated that the correct Defendant is Alexander Forrest Investments, LLC.

3. In March 2023, the entity referred to as AFI Property Management, LLC incorporated in the State of Kansas as Alexander Forrest Investments, LLC and is the true party defendant in interest.

1

4.     Counsel for Plaintiff and Defendant AFI Property Management, LLC have conferred on the issue and there are no objections.

5.     As such, Plaintiff moves the Court to substitute Defendant AFI Property Management, LLC for Alexander Forrest Investments, LLC as the true party defendant in interest pursuant to Federal Rule of Civil Procedure 18.

WHEREFORE, Plaintiff respectfully submits this unopposed motion that the Court substitute Defendant AFI Property Management, LLC for Alexander Forrest Investments, LLC pursuant to Federal Rule of Civil Procedure 18.

Respectfully submitted,

*/s/Chloe Elizabeth Davis*
*/s/Bruce Alan Brumley*
Chloe Elizabeth Davis, #28517
Bruce Alan Brumley, #16066
Brumley Law Office
2348 SW Topeka Blvd., #201
Topeka, KS 66611
P: (785) 267-3367 / F: (785) 233-3161
chloe@brucebrumleylaw.com
bruce@brucebrumleylaw.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 7th day of July, 2023, a true and correct copy of the above and foregoing document was served onto all Defendants' counsel of record, as follows:

Kathryn A. Wright at kwright@halbrookwoodlaw.com

Monica J. Smith at msmith@halbrookwoodlaw.com

Meghan E. Lewis at mlewis@sandbergphoenix.com

Tyler M. Waugh twaugh@sandbergphoenix.com

*/s/Chloe Elizabeth Davis*
*/s/Bruce Alan Brumley*
Chloe Elizabeth Davis, #28517
Bruce Alan Brumley, #16066
Brumley Law Office
2348 SW Topeka Blvd., #201
Topeka, KS 66611
P: (785) 267-3367 / F: (785) 233-3161
chloe@brucebrumleylaw.com
bruce@brucebrumleylaw.com
Attorneys for Plaintiff
